**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE TO FILE SUPPLEMENTAL CLERK'S RECORD

Appellate case name:         Drew Patterson v. The State of Texas

Appellate case number:     01-15-00911-CR

Trial court case number:    1430814

Trial court:                         228th District Court of Harris County

      The Clerk of this Court has examined the notice of appeal in the above-referenced appeal and has determined that it does not comport with the Texas Rules of Appellate Procedure in that it does not include the trial court's certification of appellant's right of appeal of any judgment or appealable order and the notice states that there is no judgment as of October 21, 2015. *See* TEX. R. APP. P. 25.2(a)(2), (d), 34.5(a)(12), 37.1; TEX. CODE CRIM. PROC. ANN. § 44.02 (West Supp. 2014). This order constitutes notice to all parties of the defect. *See* TEX. R. APP. P. 37.1.

      The trial court clerk is directed to prepare, certify, and file in this Court a supplemental clerk's record containing a judgment or appealable order, the trial court's certification of the appellant's right of appeal that judgment or appealable order, or a statement that no such judgment or appealable order or certification exists in the record. *See* TEX. R. APP. P. 25.2(d), 34.5(a)(12), (c)(1)-(2). The supplemental clerk's record containing the trial court's certification and judgment or appealable order, if any, or statement, should be filed within **30 days** of the date of this notice. *See* TEX. R. APP. P. 37.1.

Clerk's Signature: _____

Date: _____